# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CHARLES THOMPSON,                          1:07-cv-001178-OWW-TAG (HC)

                    Petitioner,
                                           **ORDER AUTHORIZING**
v.                                         **IN FORMA PAUPERIS STATUS**

DENNIS SMITH, et al.,

                    Respondents.
_____/

     Petitioner is a  federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.


IT IS SO ORDERED.

Dated:   **August 17, 2007**                          **/s/ Theresa A. Goldner**
                                           UNITED STATES MAGISTRATE JUDGE